No. 98–6097. HIMMELSTEIN v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 98–6110. PACK v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–6112. PRINCE v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6118. BRACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6120. NANCE v. VIEREGGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–6126. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6129. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6130. MAHONE v. HENDERSON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 98–6136. WILLIAMSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6142. MELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6145. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6153. LOMAX v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6154. JOLLY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–6155. MARSH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6156. CARDOZA-HINOJOSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6158. CARROLL v. LOCAL 144 PENSION FUND ET AL. C. A. 2d Cir. Certiorari denied.